ROSARIO TORNABENE, Respondent, v. VITO ZOCCOLO and JOSEPH ZOCCOLO, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

WESTERN ENVELOPE CORPORATION, Appellant, v. AMERICAN RECORD CORPORATION, Respondent.— Order denying motion to resettle order and amend judgment reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, the trial court had no power to dismiss the complaint on the merits and the order and judgment entered by it should be modified and amended by providing that the dismissal was " without prejudice." Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Carswell, J., dissents on authority of *Cabang* v. *United States Shipping Board Merchant Fleet Corp.* (227 App. Div. 751).

ISABELLA A. WHITMAN, as Administratrix, etc., of EDWIN M. WHITMAN, Deceased, Respondent, v. GOWANUS TOWING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur; Scudder, J., dissents and votes for reversal.

## THIRD DEPARTMENT, JULY, 1932.

In the Matter of the Final Judicial Settlement of the Accounts of THE WILBER NATIONAL BANK OF ONEONTA, as Executor, etc., of GEORGE I. WILBER, Deceased. — Decree of the surrogate unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. McNamee, J., not voting.*